Craig E. Farmer (SB# 61086)  (SPACE BELOW FOR FILING STAMP ONLY)
cfarmer@farmermurphy.com
Emmanuel R. Salazar (SB # 240794)
esalazar@farmermurphy.com
FARMER, MURPHY, SMITH & ALLISTON
3640 American River Drive, Suite 150
Sacramento, CA  95864
Telephone: (916) 484-3500
Fax: (916) 484-3510

Attorneys for PROGRESSIVE CLASSIC INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUI SAELEE,<br><br>             Plaintiff,<br><br>     vs.<br><br>PROGRESSIVE CLASSIC INSURANCE COMPANY, STEPHEN R. ROMO, and DOES 1 through 20,<br><br>             Defendants. | Case No.:  2-05-CV-02648-WBS-KJM<br><br>**STIPULATION AND ORDER TO EXTEND FILING DATE OF EXPERT DISCLOSURE** |

The parties to this action, by and through their respective counsel of record, hereby stipulate to extend for thirty (30) days the October 15, 2006 filing date of expert disclosure to November 14, 2006.  (See Fed. R. Civ. Proc. 26(a)(2) and Local Rules of Court 83-143, 6-144.)

Dated:  October 12, 2006         FARMER, MURPHY, SMITH & ALLISTON


                                 By: _____/s/_____
                                     Emmanuel R. Salazar
                                     Counsel for Defendant
                                     PROGRESSIVE CLASSIC INSURANCE COMPANY
///
///

-1-

STIPULATION AND ORDER TO EXTEND FILING DATE OF EXPERT DISCLOSURE

PDF created with pdfFactory trial version www.pdffactory.com

Dated: _____ , 2006        SCHWARZKOPF & ALLIN


By: _____/s/_____
    Jon S. Allin
    Counsel for Plaintiff
    LUI SAELEE

**IT IS SO ORDERED.**

Dated:  October 11, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

R:\docs\Progressive Ins\Saelee v Progressive\Pleadings\stipulation to extend expert disclosure deadline.doc

-2-

STIPULATION AND ORDER TO EXTEND FILING DATE OF EXPERT DISCLOSURE

PDF created with pdfFactory trial version www.pdffactory.com