1  Jon S. Allin — SBN 155069
   SCHWARZKOPF & ALLIN
2  1545 River Park Drive, Suite 509
   Sacramento, California 95815
3  Telephone: (916) 925-6000
   Fax: (916) 925-6041
4
   Attorneys for Plaintiff
5  Lui Saelee

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lui Saelee,<br><br>    Plaintiff,<br><br>vs.<br><br>Progressive Classic Insurance Company, et al.,<br><br>    Defendants. | No. 2:05-CV-2648 WBS KJM<br><br>**Stipulation and Order to Continue Hearing on Motion for Summary Judgment** |

    The parties to this action, by and through their counsel of record, stipulate to continue the hearing on defendant's motion for summary judgment from December 11, 2006, to January 8, 2007. (Local Rule 73-230(g).)

Dated:  November 22, 2006        SCHWARZKOPF & ALLIN


                                    By_____/s/_____
                                         Jon S. Allin
                                         Attorneys for Plaintiff
                                         Lui Saelee

- 1 -

1 | Dated: November 22, 2006            FARMER, MURPHY, SMITH & ALLISTON

                                       By_____/s/_____
                                           Emmanuel R. Salazar
                                           Attorneys for Defendant
                                           Progressive Classic Insurance Company

8 | **IT IS SO ORDERED.**

10 | Dated: November 22, 2006

                                       _____
                                       WILLIAM B. SHUBB
                                       UNITED STATES DISTRICT JUDGE