Jon S. Allin – SBN 155069  (SPACE BELOW FOR FILING STAMP ONLY)
SCHWARZKOPF & ALLIN
1545 River Park Drive, Suite 509
Sacramento, CA 95815
Telephone: (916) 925-6000
Fax: (916) 925-6041

Attorneys for Plaintiff LUI SAELEE

Craig E. Farmer (SB # 61086)
Emmanuel R. Salazar (SB # 240794)
FARMER SMITH LAW GROUP, LLP
Sacramento, CA 95864
Telephone: (916) 484-3500
Fax: (916) 484-3510

Attorneys for Defendant PROGRESSIVE CLASSIC INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUI SAELEE, | Case No.: 2:05-CV-02648 |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER OF DISMISSAL** |
| PROGRESSIVE CLASSIC INSURANCE COMPANY, STEPHEN R. ROMO, and DOES 1 through 20, | Judge: Hon. William Shubb |
| Defendants. | |

The Court has been duly notified that on May 8, 2007, Plaintiff LUI SAELEE and defendant PROGRESSIVE CLASSIC INSURANCE COMPANY have entered into a settlement agreement and general release of the above-captioned matter. Thus, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) and to Local Rule 16-160(b), both plaintiff LUI SAELEE and defendant

///

///

///

///

///

-1-
STIPULATION AND ORDER OF DISMISSAL

1  PROGRESSIVE CLASSIC INSURANCE COMPANY now enter into this stipulation of dismissal
2  with prejudice of the above-captioned matter in its entirety.  Both parties, by and through their
3  respective counsel, respectfully request this Court to enter an order to that effect.
4  Dated:  May ___, 2007

6                                                      By    /s/
                                                           Jon S. Allin, Esq.
7                                                          Counsel for Plaintiff LUI SAELEE

8  Dated:  May ___, 2007

10                                                     By    /s/
                                                           Craig E. Farmer, Esq.
11                                                         Counsel for Defendant PROGRESSIVE
                                                           CLASSIC INSURANCE COMPANY

15 IT IS SO ORDERED.

16 Dated:  May 30, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-
STIPULATION AND ORDER OF DISMISSAL